**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HAI HE,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN,[1] *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-3775 (ABJ) |

**ORDER**

On February 26, 2026, the Court ordered plaintiff to show cause by March 19, 2026 why this case should not be dismissed for want of prosecution. Order [Dkt. # 4]. As of February 26, 2026, plaintiff has failed to respond. Accordingly, it is **ORDERED** that this case is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: August 3, 2026

1 Defendant Mullin was substituted automatically as a defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).